1  SCOTT N. SCHOOLS (SCSB 9990)
   United States Attorney
2  JAY R. WEILL  (CSB 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS MOORE  (ASB 4305-T78O)
4  Assistant United States Attorney
    10th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone:  (415) 436-6935

7  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> DWIGHT S. MCDANIEL, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> RAMON LAGUARDIA, GEN PTR, <br><br> Respondent. | Case No. C-07-1467-JCS <br><br><br> **CONSENT TO MAGISTRATE AND STIPULATION TO CONTINUE HEARING TO ENFORCE SUMMONS** |

It is hereby stipulated by and between petitioners, United States of America and Dwight S. McDaniel, and respondent Ramon Laguardia, as follows:

1.   In accordance with the provisions of 18 U.S.C. Section 636(c), the parties consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and entry of a final judgment, and voluntarily waive the right to proceed before a United States District Judge.

///
///
///
///
///
///

2.  For the reason that respondent mistakenly failed to appear at the hearing on the Court's Order To Show Cause Re Enforcement Of Internal Revenue Service Summons set for May 11, 2007, the parties agree that the hearing be continued to and held on June 29, 2007, at 9:30 a.m.

|  |  |
|---|---|
|  | SCOTT N. SCHOOLS<br>United States Attorney |
| /s/ Ramon Laguardia, Gen Ptr<br>RAMON LAGUARDIA, Gen Ptr<br>Respondent | /s/ Thomas Moore<br>THOMAS MOORE<br>Assistant United States Attorney<br>Tax Division<br>Attorneys for Petitioners |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 23, 2007

_____
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*

# CERTIFICATE OF SERVICE

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

**CONSENT TO MAGISTRATE AND STIPULATION TO CONTINUE HEARING TO ENFORCE SUMMONS**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

**THOMAS W. HANAGAN**
**301 GLEN FALLS CT.**
**HOLLISTER, CA 95023-9092**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **May 23, 2007** at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　**KATHY TAT**
　　　　　　　　　　　　　　　　　　　　　　　**Legal Assistant**